IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE NAJERA, )<br>       Plaintiff, )<br> )<br>v. )<br> )<br>MALVAES SOLUTIONS, INC., and )<br>JESSE MALVAES, )<br>       Defendants. ) | Case No.   1:15-cv-3886<br><br>**Honorable Judge Der-Yeghiayan** |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement. The parties and their respective counsel have entered into a Confidential Settlement Agreement and General Release ("Settlement Agreement").

**IT IS HEREBY ORDERED:**

1. The Court finds that the Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/1 *et seq.*, and therefore approves the Confidential Settlement Agreement and General Release between Plaintiffs and Defendants.

2. The Court hereby dismisses this case without prejudice, and such dismissal will convert to a dismissal with prejudice twenty-one (21) days from the Court's Order.

3. Each party shall bear its own costs and attorneys' fees, except as provided in the Settlement Agreement.

ENTER:

*[signature]*

Honorable Samuel Der-Yeghiayan
United States District Judge

Date: 6/4/15

1537453.1